UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-80794-Civ-Middlebrooks/Brannon

ALAN R. MOLINA,

    Plaintiff,

v.

POINTBREAK MEDIA LLC d/b/a
POINT BREAK MEDIA; JUSTIN RAMSEY;
and DUSTIN PILLONATE,

    Defendants.
_____/

## PLAINTIFF'S NOTICE OF SETTLEMENT

**COMES NOW**, the Plaintiff, ALAN R. MOLINA, by and through undersigned counsel, and give notice that:

1. This matter has resolved amicably.

2. Accordingly, all pending motions set by Plaintiff have been rendered moot and no further effort is required of the Defendants except as it relates to resolving this litigation.

**(CERTIFICATE OF SERVICE ON NEXT PAGE)**

*Case No. 17-80794-Civ-Middlebrooks/Brannon*
*Page 2*

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished electronically via the CM/ECF and by U.S. Mail to Pointbreak Media LLC, One Commerce Center, 1201 Orange Street, Suite 600, Wilmington, Delaware 19801 and Dustin Pillonate, 7661 120th Avenue N.W., West Palm Beach, Florida 33412, on this August 8, 2017.

Respectfully Submitted,

*/s/ Raymond R. Dieppa*
Raymond R. Dieppa, Esq.
Florida Bar No. 27690
**DIEPPA MARTINEZ PLLC**
14 Northeast 1st Avenue, Suite 1001
Miami, Florida 33132
Telephone: (305) 722-6977
Fax: (786) 870-4030
ray.dieppa@floridalegal.law

John P. Kristensen
California Bar No. 224132
**KRISTENSEN WEISBERG, LLP**
12540 Beatrice Street, Suite 200
Los Angeles, California 90066
Telephone: (310) 507-7924
Fax: (310) 507-7906
john@kristensenlaw.com
(*Pro Hac Vice* Application to follow)

**ATTORNEYS FOR PLAINTIFF**
**AND THE PROPOSED CLASS**