UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-80794-CV-MIDDLEBROOKS

ALAN R. MOLINA,

    Plaintiff,

v.

POINTBREAK MEDIA LLC d/b/a
POINT BREAK MEDIA, JUSTIN
RAMSEY, and DUSTIN PILLONATE,

    Defendants.
_____/

## ORDER CLOSING CASE

THIS CAUSE comes before the Court upon Plaintiff Alan Molina's ("Plaintiff") Notice of Voluntary Dismissal with prejudice, as to his individual claims, and without prejudice, as to the putative class, filed on August 21, 2017. (DE 21). Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff may voluntarily dismiss this action by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). Defendants have served neither filing. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Clerk of Court shall **CLOSE this CASE** and **DENY all PENDING MOTIONS as MOOT.**

**DONE AND ORDERED** in Chambers in West Palm Beach, Florida, this 24 day of August, 2017.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to:    Counsel of Record